

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-77,450-01

### EX PARTE JUAN CARLOS LEYVA, Applicant

### ORDER PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE RULE 9.10

*Per curiam.*

### ORDER

This cause is before this Court on application for writ of habeas corpus from trial court case number 1124331-A in the 230ᵀᴴ District Court of Harris County.

The Clerk of this Court has discovered sensitive data in the record, namely: <u>the name of the complainant who was a minor TEX. CODE CRIM. PROC. art 57.02(h) and State's Exhibits 1-28 are pictures of the complainant.</u>  TEX. R. APP. P. Rule 9.10(a).  Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties.  The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below.  The Court

further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this order:

1.      Clerk's Record Vols 1-6

Filed:  May 28, 2015

Do not publish